In the Supreme Court of Georgia

Decided:   October 5, 2015

S15A0859. FARKAS v. VAN LINDEN.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Judgment affirmed.  All the Justices concur.